UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | |
| GERALD TABB and | } | Case No. 22-82029-CRJ-7 |
| MISTY TABB, | } | |
| | } | |
| Debtor(s). } | | Chapter 7 |

| | | |
|---|---|---|
| | } | |
| GERALD TABB and | } | |
| MISTY TABB, | } | |
| | } | AP No. 23-80001-CRJ |
| Plaintiff(s), | } | |
| v. | } | |
| | } | |
| HIGHLANDS MEDICAL CENTER and | } | |
| HOLLOWAY CREDIT SOLUTIONS, LLC, | } | |

Defendant(s).

**ORDER: (1) REQUIRING PLAINTIFFS TO FILE A RESPONSE TO THE ANSWERS FILED BY THE DEFENDANTS; AND (2) SCHEDULING STATUS CONFERENCE**

   This Adversary Proceeding is before the Court on the Complaint filed by the Plaintiffs alleging that the Defendants violated the automatic stay when the Defendant Highlands Medical Center contacted the Plaintiffs by telephone and by letter in an attempt to collect a prepetition debt and the Answers filed by the Defendants. The Court, on its own motion pursuant to 11 U.S.C. § 105(d), hereby schedules a Status Conference to further the expeditious and economical resolution of this proceeding.

   **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

1. On or before **March 2, 2023** by **4:00 p.m.**, **CST**, counsel for the Plaintiffs is hereby directed to file a Response to the defenses asserted in the Answers filed by the Defendants, specifically addressing whether the Plaintiffs listed Highlands Medical Center as a creditor on the Creditor Matrix following the conversion of their case to Chapter 7 or otherwise provided notice of the Plaintiffs' bankruptcy filing to Highlands Medical Center.

2. The Status Conference will be held on **Monday, March 13, 2023** at **11:00 a.m.** before the Honorable Clifton R. Jessup, Jr. at the **Federal Building, 400 Well Street, Cain Street**

**Entrance, 3rd Floor Courtroom, Decatur, Alabama**.  If there is a failure to attend the Status Conference, the Court may enter appropriate orders.

Dated this the 2nd day of February, 2023.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

**THE HEARING WILL TAKE PLACE IN PERSON. However, if you are unable to appear in person, you may appear telephonically. The dial-in number is 1-877-336-1280. When prompted, enter the access code 2749965#. There is no security code. Parties should call in five minutes prior to the start of the hearing. Once connected, please mute your phone until your case is called. After your hearing is completed, please hang up to end your call. To avoid disruption, participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants). Participants are encouraged to call from a landline if possible.**